UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

2014 OCT 29 P 3:17

RICARDO LUNA-DOMINGUEZ,
    PLAINTIFF,

VS.

BRIAN WILLIAMS, ET. AL.,
    DEFENDANTS,

CASE NO. 2:14-CV-00292-GMN-CWH

MOTION FOR ENLARGEMENT OF TIME

## AND ORDER

Plaintiff, Ricardo Luna-Dominguez, hereby respectfully move this court for an order granting a thirty (30) day enlargement of time to and including December 6, 2014, in which to file and serve his opposition to defendants motion for summary judgment.

This motion is made and based upon the attached declaration of the plaintiff, as well as all other papers, documents, records, pleadings and other materials on file. This motion is made in good faith and not for any purposes of delay.

Respectfully submitted on this 26th day of October, 2014.

By: Ricardo Luna D.
    Plaintiff
P.O. Box 208/SDCC/#1026345
Indian Springs, NV 89070

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff shall have through and including December 6, 2014, to file his Response in Opposition to Defendants' Motion for Summary Judgment (ECF No. 16).

**DATED** this 4th day of November, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court

(1)

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

RICARDO LUNA-DOMINGUEZ,
  PLAINTIFF
VS.
BRIAN E. WILLIAMS, ET. AL.,
  DEFENDANTS

CASE NO: 2:14-CV-00292-GMN-CWH

DECLARATION OF RICARDO LUNA-DOMINGUEZ

I, RICARDO LUNA-DOMINGUEZ, BEING FIRST DULY SWORN AND UNDER PENALTY OF PERJURY, DEPOSES AND SAYS:

1. THAT YOUR DECLARANT IS THE PLAINTIFF IN THIS CIVIL RIGHTS ACTION.

2. THAT AN OPPOSITION IS CURRENTLY DUE IN THE ABOVE MATTER ON NOVEMBER 6, 2014.

3. THAT DUE TO THE SDCC LAW LIBRARY APPOINTMENT SCHEDULING PROCEDURES AND PROCESS, I CANNOT BE GIVEN ACCESS TO THE SDCC LAW LIBRARY UNTIL NOVEMBER 5, 2014 AND NOVEMBER 12, 2014 BY THE LAW LIBRARY SUPERVISOR.

4. THAT YOUR DECLARANT BELIEVES HE WILL NEED AN ENLARGEMENT OF 30 (THIRTY) DAYS THROUGH AND INCLUDING DECEMBER 6, 2014, WITHIN WHICH TO PREPARE, RESEARCH, FILE AND SERVE MY OPPOSITION.

5. THAT YOUR DECLARANT BELIEVES THAT THE PHOTOGRAPHS SHOWN IN DEFENDANTS "EXHIBIT B" ARE NOT THE SAME AS HIS JEANS.

(2)

Declaration of Ricardo Luna-Dominguez (cont.)

6. That no drugs whatsoever were found on me nor within my cell during defendants investigation.

7. That I was never shown any photographs of any other inmates jeans during investigation or hearing of this matter.

8. That your declarant had nothing to do with any type of drug possession or sale at any time whatsoever, and have never tested positive for any drugs at any time.

9. That your declarant has never been shown or given any list of "several inmates" who defendants claim were also found to have pockets "sewn into the same location of their jeans", nor have I been provided any photographs of this sort.

10. That this enlargement of time to file and serve the opposition is made in good faith and not for the purpose of unduly delaying the ultimate resolution of this matter.

Pursuant to Title 28, United States Code, Section 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed at Southern Desert Correctional Center in Clark County, Nevada on October 26, 2014
By: Ricardo Luna D

(3)

CERTIFICATE OF SERVICE

I, RICARDO LUNA-DOMINGUEZ, DOES HEREBY CERTIFY THAT ON THIS 26TH DAY OF OCTOBER, 2014, I HAVE FILED AND SERVED A TRUE AND ACCURATE COPY OF THE FOREGOING MOTION FOR ENLARGEMENT OF TIME, BY PLACING SAID MOTION IN THE U.S. MAIL, FIRST CLASS POSTAGE PAID, AND MAILED TO THE FOLLOWING ADDRESSEE:

① KAY FOX MILLER
OFFICE OF THE ATTORNEY GENERAL
555 E. WASHINGTON AVE, STE. 3900
LAS VEGAS, NV 89101

② CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
333 LAS VEGAS BLVD SO., RM 1334
LAS VEGAS, NV 89101

By: Ricardo Luna D. #1026345
P.O. BOX 208 / SDCC
INDIAN SPRINGS, NV 89070

(4)